

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
    **CLERK**  312-435-5698

October 27, 2009

Cary Ross Latimer
Latimer LeVay Jurasek LLC
55 W. Monroe Street
Suite 1100
Chicago , IL 60603

RE:   Colapinto v. Esquire Deposition Services LLC,
     09 CV 6736 – Judge   Matthew F. Kennelly

Dear Counselor:

The records of this office indicate that on October 26, 2009 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter.  The notice lists the circuit court case number as   **09 CH 34364.** The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

          Sincerely yours,

          Michael W. Dobbins, Clerk


          By:   s/ Haydee Pawlowski
                Deputy Clerk